Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, CA 93291
Telephone: (559) 636-0200

Attorneys for Defendant, CITY OF VISALIA

Andrew W. Stroud, #126475
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000

Attorneys for Plaintiffs, ARRIVALSTAR S.A., and MELVINO TECHNOLOGIES LIMITED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF VACAVILLE and THE CITY OF VISALIA,<br><br>Defendants. | CASE NO: 2:12-CV-01642-GEB-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CITY OF VISALIA TO RESPOND TO COMPLAINT** |

**RECITALS**

WHEREAS, Plaintiffs' Complaint for Patent Infringement was filed in this case on June 20, 2012;

WHEREAS, Defendant CITY OF VISALIA was served with a copy of the Complaint on June 29, 2012 by substituted service.

WHEREAS, Defendant CITY OF VISALIA is in the process of tendering the defense of this lawsuit;

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT, CITY OF VISALIA TO RESPOND TO COMPLAINT

WHEREAS, legal counsel for both parties believe a thirty (30) day extension of time in which to respond to the Complaint would adequately allow Defendant, CITY OF VISALIA, to tender the defense of this litigation; and

WHEREAS, the parties to this action will not be prejudiced by a thirty (30) day extension of time in which to allow Defendant, CITY OF VISALIA to respond to the Complaint.

**STIPULATION**

IT IS HEREBY STIPULATED TO by and between the parties to this litigation through their respective attorneys of record that Defendant, CITY OF VISALIA shall have until August 20, 2012 in which to respond to Plaintiffs' Complaint.

DATED: July 16, 2012 DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR
Attorney for Defendant
CITY OF VISALIA

DATED: July 16, 2012 MENNEMEIER, GLASSMAN & STROUD LLP

By: /s/ Andre W. Stroud
ANDREW W. STROUD
Attorney for Plaintiffs
ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED

**ORDER**

UPON GOOD CAUSE BEING SHOWN, as set forth in the stipulation of counsel, Defendant, CITY OF VISALIA shall have until August 20, 2012 in which to respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

**Date: 7/17/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT, CITY OF VISALIA TO RESPOND TO COMPLAINT